UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW DUQUM, ET AL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15-CV-1537-SPM |
| | ) | |
| SCOTTRADE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# JUDGMENT

In accordance with the Memorandum and Order entered on July 12, 2016, and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment is entered for Defendant Scottrade, Inc. and against Plaintiffs, and that Plaintiffs' Consolidated Class Action Complaint (Doc. 40) is **DISMISSED**, with prejudice.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of August, 2016.