**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 16-3426

---

Andrew Duqum, Individually and on behalf of all others similarly situated; Richard Obringer, Individually and on behalf of all others similarly situated; Stephen Hine, Individually and on behalf of all others similarly situated

Plaintiffs

Matthew Kuhns, Individually and on behalf of all others similarly situated

Plaintiff - Appellant

Angela Martin, Individually and on behalf of all others similarly situated

Plaintiff

v.

Scottrade, Inc., a Missouri Coporation

Defendant - Appellee

---

No: 16-3542

---

Andrew Duqum, Individually and on behalf of all others similarly situated; Richard Obringer, Individually and on behalf of all others similarly situated; Stephen Hine, Individually and on behalf of all others similarly situated

Plaintiffs

Matthew Kuhns, Individually and on behalf of all others similarly situated

Plaintiff - Appellee

Angela Martin, Individually and on behalf of all others similarly situated

Plaintiff

v.

Scottrade, Inc., a Missouri Coporation

Defendant - Appellant

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:15-cv-01537-SPM)
(4:15-cv-01537-SPM)

**JUDGMENT**

Before WOLLMAN, LOKEN, Circuit Judges and ROSSITER, District Judge.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 21, 2017

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans